IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

        Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                     Case No. 13-cv-078-wmc

JOSEPH SAURO,

        Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Michael Young leave to proceed on his claim against defendant Joseph Sauro and dismissing this case.

| /s/ by: E. Clark, Deputy Clerk | 10/03/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |